```
             UNITED STATES BANKRUPTCY COURT
              NORTHERN DISTRICT OF FLORIDA
                  PANAMA CITY DIVISION
```

IN RE:                              CASE NO. 05-50078-PCY5
                                    CHAPTER 13
MICHAEL W. BAXLEY
WENDY S. BAXLEY

_____Debtor(s)_____/

**CHAPTER 13 TRUSTEE'S NOTICE OF PAYMENT
<u>OF UNCLAIMED FUNDS</u>**

**COMES NOW,** LEIGH D. HART, Chapter 13 Trustee, by and through her undersigned attorneys, and hereby files this Notice of Payment of Unclaimed Funds, and in support thereof hereby states:

1. The Trustee has issued check(s) FOR: FRIEDMAN'S which remains outstanding and uncleared.

2. The Trustee has placed a Stop Payment Order with the bank on the check(s).

3. The Trustee is required to remit the funds to the Clerk of the U.S. Bankruptcy Court.

**WHEREFORE,** the Chapter 13 Trustee respectfully submits her check number 376116 in the amount of 23.58 to the Registry as unclaimed funds.

**RESPECTFULLY SUBMITTED.**

/s/Leigh D. Hart or
/s/William J. Miller, Jr.
OFFICE OF THE CHAPTER 13 TRUSTEE
POST OFFICE BOX 646
TALLAHASSEE, FL 32302
ldhecf@earthlink.net
(850) 681-2734 "Telephone"
(850) 681-3920 "Facsimile"

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and accurate copy of the foregoing has been furnished by electronic filing or first

| | |
|---|---|
| MICHAEL W. BAXLEY | FRIEDMAN'S |
| WENDY S. BAXLEY | CREDIT COLLECTION PAYMENTS/BAN |
| 1695 MISSION ROAD | P.O.BOX 701028 |
| MARIANNA, FL 32448 | DALLAS, TX 75370-1028 |

AND

CHARLES M. WYNN, ATTY.
P.O. BOX 146
MARIANNA, FL 32447

on the same date as reflected on the Court's docket as the electronic filing date for this document.

/s/Leigh D. Hart or
/s/William J. Miller, Jr.
OFFICE OF CHAPTER 13 TRUSTEE

8/31/2009  1:26 pm / CR_213